**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re: Kevin Michael Blake
Debtor
_______________________/

Case No. 12-33111-LMI
Chapter 7

**EX-PARTE JOINT MOTION TO SUBSTITUTE DEBTOR'S COUNSEL**

Attorneys Annie Hernandez and Matthew Bayard jointly move the court for leave to substitute Mr. Bayard as counsel for debtor Kevin Michael Blake. Undersigned counsels certify that the Debtor has consented to the substitution.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By:_______/s/___________________

Annie Hernandez, Esq.
Florida Bar No. 674605
Former Attorney for Debtor
3000 Biscayne Boulevard, Suite 500
Miami, FL 33137
Telephone: (305) 438-2431
Facsimile (305) 573-5800
Primary Email: AHernandez@lsgmi.org

_________/s/___________________

Matthew Bayard, Esq.
Florida Bar No. 32209
Attorney for Debtor
Legal Services of Greater Miami, Inc.
Miami, FL 33137
Telephone: (305) 438-2413
Facsimile (305) 573-5800
Primary Email: Mbayard@lsgmi.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Substitute was sent on November 20, 2014:

By US Mail to:

Harbour Pointe of Miami Condominium Association Inc.
c/o Michael G. Bass, Esq.
8900 SW 107th Ave., S-206
Miami, FL 33176

Harbour Pointe of Miami Condominium Association Inc.
c/o Michael G. Bass, P. A. as Registered Agent
8900 SW 107th Ave., S-206
Miami, FL 33176

Cavalry Portfolio Services LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, Texas 76096

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272

U.S. Department of Education-Direct Loan
PO Box 5609
Greenville, TX 75403

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-9617
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Midland Funding LLC
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

Wells Fargo Bank
PO Box 5058 MAC P6053-021
Portland, OR 97208

Social Security Administration
16900 NW 12th Ave.
Miami, FL 33169

And by CM/ECF on November 3, 2014 to:

Gerard M Kouri Jr., Esq on behalf of Creditor Santander Consumer USA Inc.
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

ReShaundra M Suggs on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Ixis Real Estate Capital Trust 2006-HE3 Mortgage Pass Through Certificates, Series 2006-HE3
bkcmecf@cosplaw.com, tbougouneau@cosplaw.com

Joel L Tabas
JLT@tfsmlaw.com,
jtabas@ecf.epiqsystems.com;scott@tfsmlaw.com;kborrego@tabasfreedman.com

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A)

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.
3000 Biscayne Blvd., Suite 500
Miami, Florida 33137
Telephone: (305) 438-2413
Facsimile: (305) 573-5800

BY: /s/ Matt Bayard, Esq.
MATT BAYARD, ESQ
FL BAR NO.: 32209