**ORDERED in the Southern District of Florida on November 20, 2014.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Kevin Michael Blake — Case No. 12-33111-LMI

Debtor — Chapter 7

_________________________/

**ORDER GRANTING DEBTOR'S EX-PARTE JOINT MOTION TO SUBSTITUTE COUNSEL**

THIS CAUSE came to be heard on Debtor's Ex-Parte Joint Motion to Substitute Counsel, and it is **ORDERED** that:

1. The Debtor's Ex-Parte Joint Motion to Substitute Counsel is granted and Attorney Matthew Bayard is allowed to substitute for Annie Hernandez as counsel for debtor.

###

Attorney Matthew Bayard is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order